IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 07-MJ-07-04 (CWH) |
| DANIEL W. BRAY, | Re: VIOLATION OF CONDITIONS OF PROBATION |
| Defendant | |

## O R D E R

The undersigned this day conducted a hearing in the above-styled criminal proceedings on a PETITION FOR ACTION ON PROBATION filed October 15, 2008, by U. S. Probation Officer Todd D. Garrett.  The defendant was represented by Mr. Larry K. Moore of the Macon Bar; the government was represented by Special Assistant U. S. Attorney Sarah Carlson.

After being advised of the allegations made against him in said petition, defendant DANIEL W. BRAY admitted under oath that he had violated conditions of supervision as set forth therein. Upon consideration of the nature of said violations and of the argument and comments of counsel for the defendant and counsel for the government, as well as comments from U. S. Probation Officer Garrett, the undersigned finds that defendant Bray has violated the conditions of probation imposed upon him on January 7, 2008, REVOKES the sentence of probation in the manner hereinafter set forth, and **ORDERS AND DIRECTS**:

(1) that defendant Bray is sentenced to the custody of the Attorney General for a period of **SIXTY (60) DAYS**;

(2) that said sentence of incarceration is **SUSPENDED** conditioned upon defendant Bray's compliance with all conditions of supervision heretofore imposed upon him and with the additional requirement that he participate in a program of mental health treatment and counseling as directed by the U. S. Probation Office;

(3) that in the meantime,

>(a) defendant BRAY shall be released from custody and shall continue under pretrial supervision subject to all of the conditions heretofore imposed upon him;

>(b) that defendant BRAY is specifically ordered to refrain from the use of illegal drugs and to submit to drug testing as directed by the U.S. Probation Office;

>(c) that defendant BRAY is specifically ordered to attend drug treatment and counseling, as well as mental health treatment and counseling, as directed by the Probation Office;  and,

>(d) that defendant BRAY's probation officer shall immediately notify the court if defendant BRAY fails to abide by the above-stated orders and/or any other provisions of his sentence of probation supervision.

IN THE EVENT OF REPORTED VIOLATIONS, THE COURT WILL IMMEDIATELY ENTER AN ORDER REMANDING HIM TO THE CUSTODY OF THE U. S. MARSHAL WITHOUT FURTHER HEARING, BASED SOLELY UPON THE VIOLATIONS THIS DAY FOUND BY THE COURT.

SO ORDERED AND DIRECTED, this 27th day of OCTOBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE